GEOFFREY M. MACLEAY, Esq.
W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Telephone:(703) 321-8510
Email: gmm@nrtw.org
       wjy@nrtw.org

STEVEN R. BURLINGHAM, Esq.
California Bar No.
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, CA 95841
Telephone: (916)332-8122
Email: steveb@gtblaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

| | |
|---|---|
| DALE HEIZER,<br><br>    Plaintiff,<br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 39; AND JOHN CHIANG, CONTROLLER, STATE OF CALIFORNIA;<br><br>    Defendants. | CASE NO. 2:14-cv-00458-TLN-EFB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; ORDER** |

**STIPULATED REQUEST FOR EXTENSION OF TIME**

**TO FILE JOINT STATUS REPORT**

Plaintiff Dale Heizer (hereinafter "Plaintiff"), Defendant John Chiang in his official capacity as the State of California Controller (hereinafter "Defendant Controller"), and Defendant International Union of Operating Engineers, Local 39 (hereinafter "Defendant Local 39"), through their undersigned counsel of record,

hereby respectfully request that the parties be granted until and including August, 1 2014, to file a joint status report.

In support of that request, the parties state as follows:

1. Counsel for Defendant Local 39 only entered the case on June 11, 2014.

2. The parties have conferred and discussed a status report but need additional time to finalize it and agree on details.

3. Counsel for Defendant Controller will be largely unavailable due to other matters until July 21, 2014.

4. No previous extensions of time to file a joint status report has been requested or granted in this case.

5. The requested extension of time is necessary because all parties have only recently made appearances in this case and the time is needed to prepare a fully agreed-upon report.

6. The requested extension of time will not require the Court to reschedule any pretrial dates previously scheduled in this case.

The foregoing is hereby stipulated between Plaintiff, Defendant Controller, and Defendant Local 39, who respectfully request the Court to grant the extension of time.

DATED: 10 July 2014

                              GEOFFREY M. MACLEAY, Esq.
                              W. JAMES YOUNG, Esq.
                              c/o National Right to Work Legal Defense Foundation, Inc.
                              8001 Braddock Road, Suite 600
                              Springfield, Virginia  22160
                              Telephone:(703) 321-8510
                              Email: gmm@nrtw.org
                                         wjy@nrtw.org

```
                          STEVEN R. BURLINGHAM, Esq.
                          California Bar No. 88544
                          Gary, Till & Burlingham
                          5330 Madison Avenue, Suite F
                          Sacramento, CA 95841
                          Telephone: (916)332-8122
                          Email: steveb@gtblaw.com

                          /s/Geoffrey M. MacLeay
                          By Geoffrey M. MacLeay
                          ATTORNEYS FOR PLAINTIFF DALE HEIZER


                          KAMALA D. HARRIS
                          Attorney General of California
                          MARK R. BECKINGTON
                          Supervising Deputy Attorney General
                          KIM L. NGUYEN
                          Deputy Attorney General
                          Office of the Attorney General
                          300 South Spring Street, Suite 1702
                          Los Angeles, California 90013
                          Telephone: (213) 897-5677
                          Email: kim.nguyen@doj.ca.gov

                          /s/Kim L. Nguyen
                          (Approved July 10, 2014)
                          By Kim L. Nguyen
                          ATTORNEYS FOR JOHN CHIANG IN HIS
                          OFFICIAL CAPACITY AS STATE CONTROLLER


                          STEWART WEINBERG, Bar No. 031493
                          ANNE I. YEN, Bar No. 187291
                          WEINBERG, ROGER & ROSENFELD
                          A Professional Corporation
                          1001 Marina Village Parkway, Ste. 200
                          Alameda, California 94501
                          Telephone (510) 337-1001
                          E-Mail: sweinberg@unioncounsel.net
                                  ayen@unioncounsel.net

                          /s/Stewart Weinberg
                          (Approved July 10, 2014)
                          By Stewart Weinberg
                          ATTORNEYS FOR DEFENDANT INTERNATIONAL
                          UNION OF OPERATING ENGINEERS,
                          LOCAL 39
```

**ORDER**

Plaintiff Dale Heizer, Defendant State Controller, and Defendant IUOE, Local 39 have stipulated to an extension of time up to and including August 1, 2014 for the parties to file a joint status report.

**IT IS SO ORDERED.**

Dated: July 14, 2014

_____
Troy L. Nunley
United States District Judge